IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

DIRECTV, LLC,

       Plaintiff,

v.

                                    Civil Action No. 5:13-cv-00111-MFU

ROBERT SAYLOR, *et al.*,

       Defendants.

_____/

## CONSENT MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

Defendant Ellicott City Cable, LLC, respectfully requests this Honorable Court grant it a two-week extension of time to respond to the Complaint, to and including March 4, 2014. Defendant makes this request in order to permit it and Plaintiff DirecTV to continue ongoing discussions regarding resolving this matter, and to permit Defendant additional time to retain local counsel. Plaintiffs' counsel has communicated DirecTV's consent to this motion. A proposed Order is filed herewith.

February 12, 2014                                                       Respectfully submitted,

                                                                     ELLICOTT CITY CABLE, LLC

                                                                     by _/s/ Bruce Taylor_____
                                                                     Bruce Taylor, M.D.
                                                                     Managing Member
                                                                     4100 College Avenue
                                                                     Ellicott City, MD 21041
                                                                     410.465.3674
                                                                     btaylor@taylorservice.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Consent Motion for Extension of Time was served on DirecTV, LLC through its counsel of record by first-class and electronic mail at the following address:

John H. Jamnback
YARMUTH WILSDON PLLC
818 Stewart Street, Suite 1400
Seattle, WA 98101
jjamnback@yarmuth.com

February 12, 2014

_____
Dr. Bruce Taylor

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

DIRECTV, LLC,

        Plaintiff,

v.

ROBERT SAYLOR, *et al.*,

        Defendants.

Civil Action No. 5:13-cv-00111-MFU

_____/

## [Proposed] ORDER

This matter is before the Court on Ellicott City Cable, LLC's Consent Motion for Extension of Time to Respond to the Complaint. Upon consideration thereof, the Court finds that the motion should be granted.

Accordingly, it is hereby

**ORDERED**, that Ellicott City Cable, LLC's time to respond to the Complaint is extended to and including March 4, 2014.

**DONE** and **ORDERED** this ___ day of February, 2014.

_____
MICHAEL F. URBANSKI
United States District Judge