IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

DIRECTV, LLC,

      Plaintiff,

v.

                                  Civil Action No. 5:13-cv-00111-MFU

ROBERT SAYLOR, *et al.*,

      Defendants.

_____/

**CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant Bruce Taylor, M.D., respectfully requests this Honorable Court grant him a two-week extension of time to respond to the Complaint, to and including March 4, 2014. I make this request in order to accommodate discussions with DirecTV regarding resolving this matter, and to permit me additional time to retain local counsel. Plaintiffs' counsel has communicated DirecTV's consent to this motion. A proposed Order is filed herewith.

February 12, 2014                                    Respectfully submitted,

                                                          BRUCE TAYLOR, M.D.

                                                          */s/ Bruce Taylor*

                                                          4100 College Avenue
                                                          Ellicott City, MD 21041
                                                          410.465.3674
                                                          btaylor@taylorservice.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Consent Motion for Extension of Time was served on DirecTV, LLC through its counsel of record by first-class and electronic mail at the following address:

John H. Jamnback
YARMUTH WILSDON PLLC
818 Stewart Street, Suite 1400
Seattle, WA 98101
jjamnback@yarmuth.com

February 12, 2014

*Bruce Taylor*
Bruce Taylor, M.D.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

DIRECTV, LLC,

      Plaintiff,

v.

ROBERT SAYLOR, *et al.*,

      Defendants.

Civil Action No. 5:13-cv-00111-MFU

_____/

## [Proposed] ORDER

This matter is before the Court on Defendant Bruce Taylor's Consent Motion for Extension of Time to Respond to the Complaint. Upon consideration thereof, the Court finds that the motion should be granted.

Accordingly, it is hereby

**ORDERED**, that Dr. Taylor's time to respond to the Complaint is extended to and including March 4, 2014.

**DONE** and **ORDERED** this ___ day of February, 2014.

MICHAEL F. URBANSKI
United States District Judge