IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | | |
|---|---|---|---|
| DIRECTV, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | Civil Action No. 5:13cv111 | |
| v. | ) | | |
| | ) | | |
| ROBERT SAYLOR, et al., | ) | By: | Hon. Michael F. Urbanski |
| | ) | | United States District Judge |
| Defendants. | ) | | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this day, it is hereby

**ORDERED** as follows:

1. The magistrate judge's report and recommendation (Dkt. # 53) is **ADOPTED in part** and **REJECTED in part**;

2. Defendants' motions to dismiss the original complaint (Dkt. # 26 & 29) are **DENIED as moot**;

3. Defendant Robert Saylor's motion to dismiss for improper venue or, in the alternative, motion for arbitration (Dkt. # 36) is **GRANTED in part** and **DENIED in part**;

   a. Saylor's motion to dismiss for improper venue pursuant to 28 U.S.C. § 1391 is **DENIED with prejudice**;

   b. Saylor's motion to compel arbitration is **GRANTED**;

   c. Plaintiff DIRECTV, LLC's claims against Saylor in this case are **DISMISSED without prejudice** to allow arbitration to proceed in the Central District of California, and are hereby **STRICKEN** from the active docket of the court;

4. Defendants Ellicott City Cable, LLC and Bruce Taylor's motion to dismiss for lack of personal jurisdiction (Dkt. # 42) is **DENIED without prejudice**; and

5. DIRECTV's oral motion for discovery and/or to transfer venue (Dkt. # 47) is **DENIED without prejudice** at this time.

It is **SO ORDERED**.

Entered: March 31, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge